JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARROLL,<br><br>　　　　Petitioner,<br>　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent. | Case No. CV 10-8712-DDP (OP)<br><br>J U D G M E N T |

　　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 20, 2011

　　　　　　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge